# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| EMMANUEL BAAH, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. |
| ) | 4:17-cv-01458-CLM-JEO |
| UNITED STATES ATTORNEY ) | |
| GENERAL, ) | |
| ) | |
| Respondent. ) | |

## **MEMORANDUM OPINION**

This is an action filed pursuant to 28 U.S.C. § 2241 challenging the legality of the petitioner's continued detention by federal immigration authorities pending his removal from the United States. On September 12, 2019, the magistrate judge entered a report recommending the respondent's motion to dismiss be granted and this action dismissed without prejudice as moot. (Doc. 21).

After careful consideration of the record in this case, including the magistrate judge's report, the court hereby **ADOPTS** the report of the magistrate judge and **ACCEPTS** his recommendations. In accordance with the recommendation, the court finds that the respondent's motion is due to be granted and the petition is due to be dismissed as moot.

A separate order will be entered.

The Clerk is DIRECTED to serve a copy of this Memorandum Opinion and its accompanying Final Judgment on counsel of record.[1]

**DONE** and **ORDERED** this 16th day of January, 2020.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE

---

[1] Copies of the magistrate judge's report and recommendation, mailed to the petitioner at the Etowah County Detention Center and to his last known forwarding address, have been returned by the Postal Service as undeliverable. The petitioner has not notified the court of an updated address. Attempting to serve these latest orders on the petitioner at non-viable addresses would be superfluous.